UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-22150-CMA-AMS

AF HOLDINGS LLC,

       Plaintiff,

v.

DAVID M. LA DREW,

       Defendant,
_____/

**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

On July 24, 2012, this Court issued an Order to Show Cause pursuant to Federal Rule of Civil Procedure 4(m). (ECF No. 6.) Plaintiff responds to the Order to Show Cause as follows:

1. On August 30, 2012, Plaintiff filed an Amended Complaint naming David M. La Drew as the defendant in its action. (ECF No. 7.)

2. On September 5, 2012, Plaintiff received the summons for Mr. La Drew from the Court. (ECF No. 9) Plaintiff is still in the process of trying to perfect service upon Mr. La Drew.

3. Plaintiff believes that it will be able to serve Mr. La Drew within the next thirty (30) days.

4. Assuming Plaintiff is able to serve Mr. La Drew, Plaintiff will notify the Court of such service once it occurs.

Respectfully submitted,

AF Holdings LLC,

DATED: October 8, 2012

By:   <u>/s/ Joseph Perea</u>
      Joseph Perea (Bar No. 47782)
      Joseph Perea P.A.
      9100 S. Dadeland Blvd., Suite 1500
      Miami, Florida 33156
      Phone: 305-934-6215
      E-mail: perealaw@gmail.com
      *Attorney for Plaintiff*